IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BERNADOT, et al.,<br><br>        Plaintiffs<br><br>   v.<br><br>SOUTHWEST AIRLINES COMPANY,<br><br>        Defendant | No. C 07-2060 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL** |

Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel Plaintiff Laura Bernadot's Further Response to Special Interrogatory No. 15," filed November 20, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

The December 28, 2007 hearing noticed before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: November 21, 2007

_____
MAXINE M. CHESNEY
United States District Judge