1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   LAURA BERNADOT, et al.,       )
                                   )
11             Plaintiff(s),       )      No. C07-2060 MMC (BZ)
                                   )
12        v.                       )      **INITIAL DISCOVERY ORDER**
                                   )
13   SOUTHWEST AIRLINES COMPANY,   )
                                   )
14             Defendant(s).       )
                                   )
15   _____  )

16        All discovery in this matter has been referred to United

17   States Magistrate Judge Bernard Zimmerman.

18        In the event a discovery dispute arises, the parties

19   shall meet in person or, if counsel are outside the Bay Area,

20   by telephone and make a good faith effort to resolve their

21   dispute.  Exchanging letters or telephone messages about the

22   dispute is insufficient.  The Court will not read subsequent

23   positioning letters; parties shall instead make a

24   contemporaneous record of their meeting using a tape recorder

25   or a court reporter.

26        In the event they cannot resolve their dispute, the

27   parties must participate in a telephone conference with the

28   Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a

2  letter **filed electronically** not exceeding two pages (with no

3  attachments) which briefly explains the nature of the action

4  and the issues in dispute.  Other parties may reply in similar

5  fashion within two days of receiving the letter requesting the

6  conference.  The Court will contact the parties to schedule

7  the conference.

8     After the conference with the Court, if filing papers is

9  deemed necessary, they should be filed **electronically** with the

10 Clerk's Office, with **one hard copy delivered directly to**

11 **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A

12 chambers copy of all briefs shall be submitted on a diskette

13 or CD Rom formatted in WordPerfect 6, 8, 9, 10, 13 or may be

14 e-mailed to the following address: bzpo@cand.uscourt.gov

15 Dated: November 28, 2007

16

17

18                         Bernard Zimmerman
                    United States Magistrate Judge

19

20 G:\BZALL\-REFS\BERNADOT V. SOUTHWEST AIRLINES\INITIAL DISCOVERY ORDER.wpd

21

22

23

24

25

26

27

28

2