UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BERNADOT, et al., | |
| Plaintiff(s), | No. C07-2060 MMC (BZ) |
| v. | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| SOUTHWEST AIRLINES COMPANY, | |
| Defendant(s). | |

Having read defendants' papers, **IT IS HEREBY ORDERED** that the plaintiff shall set forth its position on the discovery dispute in a letter of <u>not</u> more than two pages to be served and filed by **noon, November 30, 2007. IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **December 3, 2007, at 2:00 p.m.,** to discuss the discovery dispute. Counsel for defendants shall contact counsel for plaintiff and call chambers at **(415) 522-4093.**

Dated: November 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BERNADOT V. SOUTHWEST AIRLINES\ORDER.SCHED TEL CONF.wpd

1