UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BERNADOT, et al., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>SOUTHWEST AIRLINES COMPANY, )<br>)<br>Defendant(s). )<br>) | No. C07-2060 MMC (BZ)<br><br>**ORDER AFTER TELEPHONIC**<br>**DISCOVERY HEARING** |

Following a telephone conference at which both parties are represented by counsel, the court being advised that the parties have resolved their dispute, defendant's Motion to Compel (Docket No. 15) is deemed withdrawn as **MOOT**.

Dated: December 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BERNADOT V. SOUTHWEST AIRLINES\ORDER AFTER TEL CONF.HRG.wpd

1