UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA BERNADOT, et al., | ) | |
| Plaintiff(s), | ) | No. C07-2060 MMC (BZ) |
| v. | ) | |
| SOUTHWEST AIRLINES COMPANY, | ) | **ORDER TAKING MOTION OFF CALENDAR** |
| Defendant(s). | ) | |

Southwest's motion for a protective order is taken off calendar. The court has no record or recollection of having given Southwest leave to file such a motion. See Initial Discovery Order.

Dated: December 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BERNADOT V. SOUTHWEST AIRLINES\ORDER VACATING PROT ORDER.HRG.wpd

1