KEN M. MARKOWITZ (SBN 104674)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: kmarkowitz@kennmark.com
kspeer@kennmark.com

Attorneys for Defendant
SOUTHWEST AIRLINES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA BERNADOT and BRAD BERNADOT,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES COMPANY, and DOES 1 through 100, inclusive, and each of them,<br><br>Defendants. | CASE NO. C 07 2060 MMC<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULE TO ACCOMMODATE VOLUNTARY MEDIATION; ORDER THEREON** |

## I. BACKGROUND

This is an "overhead bin case." Plaintiff alleges that, in the middle of a flight from Las Vegas to Boise, the overhead bin above plaintiff Laura Bernadot opened and a briefcase fell onto her head. This case is set for trial on June 30, 2008.

The parties already have begun voluntary mediation, beginning with a preliminary half-day session with Judge Ellen Sickles James of JAMS on December 20, 2007. During that session the parties agreed on an efficient order of business that would allow the defense the opportunity to evaluate plaintiff Laura Bernadot's current medical condition. Plaintiff Bernadot is scheduled for an Independent Medical Examination on January 3, 2008, and plaintiffs are obtaining from plaintiff's Las Vegas physicians the further medical records discussed at the mediation. The

parties will return to JAMS for a further mediation session with Judge James on February 6, 2008. To avoid unnecessary cost to both sides, the parties have agreed to otherwise stay discovery until after their second mediation session with Judge James.

## II. STIPULATION

For the reasons set forth above, the parties hereby stipulate that the current pretrial deadlines be modified as set forth below, and respectfully request this Court's approval and Order to the same effect. The other dates set by this Court's July 27, 2007 Case Management Conference orders remain unchanged by this stipulation, and are as follows: (a) Joint Status Conference Statement due April 4, 2008; (b) Status Conference on April 11, 2008; (c) Final Pre-Trial Conference on June 17, 2008; and (d) trial on June 30, 2008.

The dates to be modified are:

| Event | Current Date | New Date |
|---|---|---|
| Non-expert discovery cutoff | January 18, 2007 | April 11, 2008 |
| Deadline to disclose experts | February 8, 2008 | April 11, 2008 |
| Deadline to disclose rebuttal experts | February 22, 2008 | April 25, 2008 |
| Expert discovery cutoff | March 14, 2008 | May 30, 2008 |
| Last hearing date for dispositive motions | March 28, 2008 | May 30, 2008 |
| Settlement Conference with Judge Chen | February 8, 2008 | Off-calendar pending April 11, 2008 status conference |

So Stipulated:

DATED: December 28, 2007

**O'REILLY & DANKO**

By:____/s/_____
   MARY BETH O'CONNOR
   Attorneys for Plaintiffs
   LAURA BERNADOT AND BRAD BERNADOT

///

///

Kenney & Markowitz L.L.P.

DATED: December 27, 2007                **KENNEY & MARKOWITZ L.L.P**

By:___/s/_____
    KEN M. MARKOWITZ
    KYMBERLY E. SPEER
    Attorneys for Defendant
    SOUTHWEST AIRLINES COMPANY

## ORDER

Good cause appearing therefore, it is hereby ordered that the following dates set at the July 27, 2007 Case Management Conference are modified as requested by the parties, with the exception that the expert discovery cutoff and the hearing date for dispositive motions is May 23, 2008, one week earlier than the parties have requested:

| Event | New Date |
|---|---|
| Non-expert discovery cutoff | April 11, 2008 |
| Deadline to disclose experts | April 11, 2008 |
| Deadline to disclose rebuttal experts | April 25, 2008 |
| Expert discovery cutoff | May 23, 2008 |
| Hearing date for dispositive motions | May 23, 2008 (deadline to file is April 18, 2008) |
| Settlement Conference with Judge Chen | Off-calendar pending April 11, 2008 status conference, at which time conference will be reset |

SO ORDERED.

Dated: January 2, 2008

                                          MAXINE M. CHESNEY
                                          United States District Court Judge