UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BERNADOT, et al.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>SOUTHWEST AIRLINES COMPANY,<br><br>      Defendant(s). | No. C07-2060 MMC (BZ)<br><br>**BRIEFING SCHEDULE** |

Following a telephonic conference at which both sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1. The parties shall meet and confer, in person, by no later than **March 5, 2008** and attempt to resolve their disputes in accordance with the views expressed by the court.

    2. If the parties are unable to resolve their disputes, defendant is given leave to file a motion for a protective order by **March 14, 2008**.

    3. Plaintiff's opposition shall be filed by **March 21, 2008**.

    3. Defendant's reply shall be filed by **March 26, 2008**.

If a hearing is necessary, it will be scheduled for

1

**April 2, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 29, 2008

　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\BERNADOT V. SOUTHWEST AIRLINES\ORDER FOR FURTHER MEET & CONFER BRIEFING ORDER.wpd