KYMBERLY E. SPEER (SBN 121703)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: kspeer@kennmark.com
       kmcintyre@kennmark.com

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA BERNADOT and BRAD BERNADOT, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIRLINES COMPANY, and DOES 1 through 100, inclusive, and each of them, <br><br> Defendants. | CASE NO. C 07 2060 MMC <br><br> STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER <br><br> Judge Maxine M. Chesney |

This case is set for a Case Management Conference on April 11, 2008. That date also is the parties' discovery cutoff date. The parties are actively engaged in completing discovery, including two to three depositions of corporate representatives of Southwest Airlines Co. ("Southwest") in Dallas, Texas on April 11, 2008. The parties agree that they need every available date and time to conclude percipient discovery.

Accordingly, the parties respectfully request that the Court postpone the upcoming CMC just one week, from April 11, 2008 to April 18, 2008, so as to maximize the available time for

discovery and allow the parties to attend the depositions of Southwest's 30(b)(6) representatives in Dallas, Texas on April 11th.

SO STIPULATED.

DATED: April 2, 2008

O'REILLY & DANKO

By: _____
MARY BETH O'CONNOR
NINA SHAPIRSHTEYN
JOHN P. KRISTENSEN
Attorneys for Plaintiffs
LAURA BERNADOT AND BRAD BERNADOT

DATED: April 2, 2008

KENNEY & MARKOWITZ L.L.P

By: _____
KYMBERLY E. SPEER
KIMBERLY I. McINTYRE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

[PROPOSED] ORDER

Good cause appearing therefore, it is hereby ordered that the Case Management Conference currently set for April 11, 2008 is continued to April 18, 2008 at 10:30 a.m. in Courtroom 7, and that the Joint Status Conference Statement is due one week before the continued hearing date, on April 11, 2008.

SO ORDERED.

Dated: April 3, 2008

_____
MAXINE M. CHESNEY
United States District Court Judge