LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'Farrell Street, Suite 360
San Mateo, California 94403
Telephone (650) 358-5901
Facsimile (650) 358-2575

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BERNADOT and BRAD BERNADOT, <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHWEST AIRLINES COMPANY, and DOES 1 through 100, inclusive, and each of them, <br><br> Defendants. | Case No. C 07-02060 MMC <br><br> **(San Francisco County Superior Court Case No. CGC-07-461389)** <br><br> **STIPULATION OF DISMISSAL AND ORDER THEREON** |

///

///

1
2       IT IS HEREBY STIPULATED by and between the parties to this action that the
3  claims against Southwest Airlines Company are dismissed with prejudice, with each party to
4  bear its own costs and attorney's fees.
5
6  Dated: 4/1        , 2008
7
8                                                    _____
                                                     LAURA BERNADOT
9
10 Dated: 4/1        , 2008
11
                                                     _____
                                                     BRAD BERNADOT
12
13 Dated: 4/4        , 2008                          O'REILLY & DANKO
14
15                                                   By: _____
16                                                       MICHAEL S. DANKO
                                                         Attorney for Plaintiffs
17
18 Dated: 4/7        , 2008                          KENNEY & MARKOWITZ, LLP
19
20
21                                                   By: _____
                                                         KYMBERLY E. SPEER
22                                                       Attorney for Defendant
                                                         Southwest Airlines Company
23
24
25
26

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

**ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED that this action is dismissed with prejudice.

Dated: April 8, 2008

MAXINE M. CHESNEY
United States District Court Judge

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901